**SO ORDERED.**

**SIGNED this 26 day of February, 2019.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | |
| | : | BANKRUPTCY CASE |
| GEORGE AUSTIN MALONE | : | |
| AUTUMN C MALONE | : | NO. 18-50179-JPS |
| Debtor(s) | : | |
| | : | |
| WALTER W. KELLEY, TRUSTEE | : | CHAPTER 7 |
| | : | |
| v. | : | |
| | : | CONTESTED MATTER |
| NPRTO GEORGIA, LLC | : | |
| Respondent. | : | |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO
### PROOF OF CLAIM 2 FILED BY NPRTO GEORGIA, LLC

The Trustee objected to Proof of Claim #2 of **NPRTO GEORGIA, LLC** for $542.99 because the Claimant's documents show a debt owed by Autumn C. Malone only. The asset recovered in the case belonged to Debtor George Austin Malone. The funds are allocated to pay creditors of George Austin Malone only. No documents suggest an individual guarantee or debt is owed by George Austin Malone   The Trustee filed a Notice of Time Within Which to Respond to the Objection to the Claim under Bankruptcy Rule 3007. To date, the Trustee has received no response. Therefore, it is

**ORDERED, ADJUDGED AND DECREED** that **NPRTO GEORGIA, LLC** shall participate in no distribution arising from assets of George Austin Malone. Proof of Claim #2 of **NPRTO GEORGIA, LLC** is allowed as to assets of Autumn C. Malone only.

END OF DOCUMENT

**THIS DOCUMENT PREPARED BY:**

Walter W. Kelley
Chapter 7 Trustee
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 412337
wkelley@kelleylovett.com